UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CYNTHIA ANN H.,

                Plaintiff,            5:21-CV-0767
                                                    (GTS/CFH)
v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                                OF COUNSEL:

OLINSKY LAW GROUP              HOWARD D. OLINSKY, ESQ.
  Counsel for Plaintiff
250 South Clinton Street, Suite 210
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION    JESSICA RICHARDS, ESQ.
  Counsel for Defendant
J.F.K. Federal Building
15 New Sudbury Street, Room 625
Boston, Massachusetts  02203

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      The above-captioned matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Christian F. Hummel, filed on August 10, 2022, recommending that the decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying the application of Cynthia Ann H. ("Plaintiff") for disability insurance benefits be reversed and this matter be remanded for further proceedings.  (Dkt. No. 16.)  Objections to the Report-Recommendation have not been filed and the time in which to do so has expired.  (*See generally* Docket Sheet.)  After carefully reviewing all of the papers herein, including Magistrate

Judge Hummel's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.  (Dkt. No. 16.)  The Commissioner's decision denying Plaintiff's application for disability insurance benefits is reversed and this matter is remanded for further proceedings.

    **ACCORDINGLY**, it is

    **ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 16) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

    **ORDERED** that the Commissioner's decision denying Plaintiff's application for disability insurance benefits is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings.

Dated: September 12, 2022
       Syracuse, New York

Glenn T. Suddaby
U.S. District Judge