UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

CYNTHIA ANN HUTSON,

                Plaintiff,

                                                            Civil Action No. 5:21-cv-00767-GTS-CFH

       v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

----------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Kathryn Pollack, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$6,951.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: December 12, 2022

By:   /s/ *[signature]*  
      Kathryn Pollack  
      Special Assistant U.S. Attorney  
      Northern District of New York  
      Social Security Administration  
      Office of General Counsel

By:   *[signature]*  
      Howard D. Olinsky  
      Olinsky Law Group  
      250 South Clinton Street, Suite 210  
      Syracuse, NY 13202

<table>
<tr><td>26 Federal Plaza, Room 3904<br>New York, New York 10278<br>(212) 264-2331<br>Email: kathryn.pollack@ssa.gov</td><td>(315) 701-5780<br>Email: holinsky@windisability.com</td></tr>
</table>

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

Dated: December 12, 2022